CYBOR CORPORATION,
Plaintiff–Appellant,

v.

FAS TECHNOLOGIES, INC., and Fastar Ltd., Defendants/Cross–Appellants.

Nos. 96–1286, 96–1287.

United States Court of Appeals, Federal Circuit.

Sept. 5, 1997.

Tod L. Gamlen, Baker & McKenzie, Palo Alto, CA, for Plaintiff–Appellant. With him on brief was David I. Roche, of Chicago, IL.

Douglas A. Cawley, Hughes & Luce, L.L.P., Dallas, TX, for Defendants/Cross–Appellants. Of counsel was Aubrey Nick Pittman.

*ORDER*

The appeals, having been heard by a panel of the court and, thereafter, a majority of the

---

circuit judges who are in regular active service having acted *sua sponte* in accordance with 28 U.S.C. § 46(c) and Fed. R.App. P. 35(a),

IT IS ORDERED that the appeals shall be decided *in banc*. Additional briefing and argument will not be required.